UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD BENJAMIN WHITE,

    Plaintiff,

v.

MONROE CORRECTIONAL COMPLEX SPECIAL OFFENDERS UNIT,

    Defendant.

CASE NO. C23-1158 BHS-BAT

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Brian A. Tsuchida, Dkt. 6, recommending that the Court dismiss with prejudice Plaintiff Ronald Benjamin White's claims. The Court, having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     White's claims are **DISMISSED with prejudice**; and

(3)     The Clerk shall enter a **JUDGMENT** and close this case.

\\

ORDER - 1

...

1

2   Dated this 11th day of October, 2023.

3

4

5

6   BENJAMIN H. SETTLE  
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22