UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD BENJAMIN WHITE,<br><br>                Plaintiff,<br><br>  v.<br><br>MONROE CORRECTIONAL COMPLEX SPECIAL OFFENDERS UNIT,<br><br>                Defendant. | CASE NO. 2:23-cv-01158-BHS<br><br>**ORDER REGARDING PLRA REPAYMENT** |

The Court granted Plaintiff's application to proceed *in forma pauperis* in this matter and ordered the prison holding Plaintiff to effect repayment of the filing fee herein. Dkt. 3. Plaintiff has filed a motion averring the prison is still deducting payments despite the fact he paid the filing fee in this case in full. Dkt. 11. The Court's records show Plaintiff repaid the filing fee on April 30, 2024. Accordingly, the Court ORDERS:

    1. The prison shall stop collecting funds from Plaintiff for repayment of the filing fee in this case only.

    2. This order does not include or cover other fees, costs, restitution, or fines that Plaintiff may still owe in other cases and in other matters.

    3. The Clerk is directed to terminate Plaintiff's motion (Dkt. 11).

    4. The Clerk shall provide a copy this order to Plaintiff and to the prison at which

ORDER REGARDING PLRA REPAYMENT - 1

Plaintiff is currently held.

DATED this 9th day of July, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge